| |
|---|
| **UNITED STATES BANKRUPTY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| **IN RE:** <br><br> **IRMA TUGENDRAJCH,** <br><br><br><br> **Debtor** |

Case No.:  10-38930 NLW

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,800.00, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:   IRMA TUGENDRAJCH - Debtor's Refund
                        42 BEAR BROOK LANE
                        LIVINGSTON, NJ  07039

Amount:                 $1,800.00

Trustee Claim Number:   0

Reason:                 Not Cashing

By:  /S/  Marie-Ann Greenberg

Dated:  June 24, 2011                MARIE-ANN GREENBERG
                                     CHAPTER 13 STANDING TRUSTEE